**SEALED**

# FELONY

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

### INDICTMENT FOR VIOLATIONS OF THE FEDERAL
### GUN CONTROL ACT AND FEDERAL CONTROLLED SUBSTANCES ACT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 23-1 |
| v. | * | SECTION: SECT. H MAG. 1 |
| ███████ | * | VIOLATIONS: 18 U.S.C. § 922(g)(1) |
| | | 18 U.S.C. § 924(a)(2) |
| | * | 18 U.S.C. § 924(c)(1)(A)(i) |
| | | 18 U.S.C. § 924(o) |
| | * | 18 U.S.C. § 2 |
| **EDWARD McMILLAN** | | 21 U.S.C. § 841(a)(1) |
| | * | 21 U.S.C. § 841(b)(1)(C) |
| | | 21 U.S.C. § 841(b)(1)(D) |
| | * | 21 U.S.C. § 841(b)(2) |
| | | 21 U.S.C. § 846 |
| | * * * | |

The Grand Jury charges that:

## COUNT 1
### (Conspiracy to Distribute and Possess with Intent to Distribute Controlled Substances)

Beginning on a date unknown, but prior to January 6, 2022, and continuing to on or about

July 29, 2022, in the Eastern District of Louisiana and elsewhere, the defendants, ████

████  ████ ████, ████████████, ████████████,

████ ████ ████████ and **EDWARD McMILLAN**, did knowingly and

intentionally combine, conspire, confederate, and agree with each other and with other persons known and unknown to the Grand Jury, to distribute and possess with intent to distribute a quantity of a mixture or substance containing a detectable amount of cocaine base ("crack"), a Schedule II controlled substance, and a quantity of marijuana, a Schedule I controlled substance, in violation of Title 21, United States Code, Section 841(a)(1), 841(b)(1)(C), and 841(b)(1)(D); all in violation of Title 21, United States Code, Section 846.



**COUNT 2**

**COUNT 3**

### COUNT 4



### COUNT 5

### COUNT 6



### COUNT 7

### COUNT 8

### COUNT 9



### COUNT 10

### COUNT 11

### COUNT 12



### COUNT 13

### COUNT 14

### COUNT 15
#### (Distribution of a Controlled Substance)

On or about February 9, 2022, in the Eastern District of Louisiana, the defendants,

████████████████ and **EDWARD McMILLAN**, did knowingly and intentionally

distribute a quantity of a mixture or substance containing a detectable amount of cocaine base ("crack"), a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C) and Title 18, United States Code, Section 2.

**COUNT 16**



**COUNT 17**

**NOTICE OF FORFEITURE**

1.    The allegations of Counts 1 through 17 of this Indictment are incorporated by reference as though set forth fully herein for the purpose of alleging forfeiture to the United States.

2.    As a result of the offenses alleged in Count 1, 3, 7, 10, 12, 13, 14, 15, and 16, the defendants, ███████████████ ████████ ███████ ████████████████ ██████████ ████████ ███████ ████████ and **EDWARD McMILLAN**, shall

forfeit to the United States pursuant to Title 21, United States Code, Section 853, any property, constituting or derived from, any proceeds obtained, directly or indirectly, as the result of said offenses, and any property, used or intended to be used, in any manner or part to commit or to facilitate the commission of said offenses, including but not limited to any of the following:

$1,603.00 in United States currency;

$1,348.00 in United States currency;

$855.00 in United States currency;

$365.00 in United States currency;

$1,031.00 in United States currency.

3.      As a result of the offenses alleged in Counts 2, 4, 5, 6, 8, 9, 11, and 17, the defendants, ███████████████ ████████ █████████████████ █████████ ██ █████████ █████████, shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d)(1), and Title 28, United States Code, Section 2461(c), any firearm or ammunition involved in or used in the commission of said offenses, including but not limited to any of the following:

Taurus PT92AF, 9mm semi-automatic handgun, bearing serial number TNG03309;

Glock 17 handgun, bearing serial number BNDU808;

Glock 9mm magazine;

Ruger "Security 9" 9mm handgun, with obliterated serial number, loaded with thirteen (13) 9mm rounds of ammunition;

Glock 43, 9mm handgun, bearing serial number ADFE184 on frame, bearing serial number ADZZ017 on slide, loaded with a drum magazine and twenty-four (24) rounds of ammunition;

Springfield Armory XDS, .45 caliber semi-automatic handgun, bearing serial number S3102692;

Eight (8) .45 caliber live cartridges;

4.    If any of the above-described property, as a result of any act or omission of the defendants:

      a.    cannot be located upon the exercise of due diligence;

      b.    has been transferred or sold to, or deposited with, a third person;

      c.    has been placed beyond the jurisdiction of the Court;

      d.    has been substantially diminished in value; or

      e.    has been commingled with other property which cannot be subdivided without difficulty;

the United States shall seek a money judgment and, pursuant to Title 21, United States Code, Section 853(p), forfeiture of any other property of the defendants up to the value of said property.

A TRUE BILL:

FOREPERSON

DUANE A. EVANS
UNITED STATES ATTORNEY

CHARLES D. STRAUSS
Assistant United States Attorney

New Orleans, Louisiana
January 12, 2022

CLERK'S OFFICE
A TRUE COPY

JAN 12 2023

Deputy Clerk, U.S. District Court
Eastern District of Louisiana
New Orleans, LA